NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHAW INDUSTRIES GROUP, INC.,**
*Appellant,*

v.

**AUTOMATED CREEL SYSTEMS, INC.,**
*Cross-Appellant.*

---

2015-1116, -1119

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2013-00132 and IPR2013-00584.

---

**O R D E R**

The above-captioned appeals appear to be related.

We consolidate the cases so that only one set of briefs needs to be filed for the two appeals. The parties should list all two cases on the caption of any brief and file the brief in the lead case, 2015-1116.

Accordingly,

IT IS ORDERED THAT:

(1) The appeals are consolidated. The revised official caption is reflected above.

(2) Appellant's opening brief is due no later than December 29, 2014.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s31